Child's Estate.

*W. Horace Hepburn, Jr.,* for exceptions;  *Robert T. McCracken,* contra.

HENDERSON, J., Jan. 24, 1930.—We have carefully studied the record in this estate and the briefs of counsel and are of opinion that the Auditing Judge was correct in his conclusion in disallowing this claim and for the reasons given by him.

The exceptions are dismissed and the adjudication is confirmed absolutely.